IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| MICHAEL D. McLENDON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-129(MTT) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 14). The Commissioner of Social Security denied the Plaintiff's application for Social Security disability benefits due to lack of disability, and the Plaintiff seeks review under 42 U.S.C. §§ 405(g) and 1383(c). (Doc. 1). Having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), the Magistrate Judge recommends denying the Plaintiff's complaint because the Commissioner's denial of benefits was supported by substantial evidence. The Plaintiff failed to file an objection to the Recommendation.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The decision of the Commissioner is **AFFIRMED.**

**SO ORDERED,** this 26th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT